UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO, and NATALIO MALDONADO,

                        Plaintiffs,

           v.

EMPIRE CORNER OF 8 INC. d/b/a EMPIRE CORNER, JOHN DOE CORPORATION d/b/a "U" LIKE GARDEN, XIN LI, YAN XU, CHEN SHOU GUAN, XIANG ZHEN XU,

                        Defendants.

12 Civ. 6167 (TPG)

ECF Case

------------------------------------------------------x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Edgar Juarez Gonzalez, Dionicio Evaristo, and Natalio Maldonado, private non-governmental parties, that Edgar Juarez Gonzalez, Dionicio Evaristo, and Natalio Maldonado are natural people not subject to any reporting requirement under Rule 7.1.

Dated:      August 10, 2012
                 New York, NY

                                                Respectfully submitted,

                                                DEBEVOISE & PLIMPTON LLP

                                                By:    /s/ Jyotin Hamid
                                                Jyotin Hamid
                                                Stuart Naifeh
                                                Douglas Cuthbertson

2

        919 Third Avenue  
        New York, NY 10022  
        Tel. (212) 909-6000  
        Fax. (212) 909-6836  
        jhamid@debevoise.com  
        snaifeh@debevoise.com  
        dcuthber@debevoise.com  

        URBAN JUSTICE CENTER  

        David A. Colodny  
        123 William Street, 16th Floor  
        New York, NY 10038  
        Tel. (646) 459-3006  
        Fax. (212) 533-4598  
        dcolodny@urbanjustice.org