AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO, and NATALIO MALDONADO <br><br> *Plaintiff(s)* <br> v. <br> EMPIRE CORNER OF 8 INC. d/b/a EMPIRE CORNER, JOHN DOE CORPORATION d/b/a "U" LIKE GARDEN, XIN LI, YAN XU, CHEN SHOU GUAN, XIANG ZHEN XU <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 12-CIV 6167

JUDGE GRIESA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Debevoise & Plimpton LLP,
c/o Jyotin Hamid, Esq.
919 Third Ave.
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: AUG 1 0 2012

_____
*Signature of Clerk or Deputy Clerk*

Names and Addresses of Defendants

Empire Corner of 8 Inc. d/b/a/ Empire Corner
935 Amsterdam Avenue,
New York, New York 10025

Xin Li
Empire Corner
935 Amsterdam Avenue,
New York, New York 10025

Xiang Zhen Xu
Empire Corner
935 Amsterdam Avenue,
New York, New York 10025

John Doe Corporation d/b/a "U" Like Garden
917 Columbus Avenue
New York, NY 10025

Yan Xu
"U" Like Garden
917 Columbus Avenue
New York, NY 10025

Chen Shou Guan
China Place
3141 Broadway
New York, NY 10027

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO, AND NATALIO MALDONADO<br><br>Plaintiff(s)<br><br>- against -<br><br>EMPIRE CORNER OF 8 INC. D/B/A EMPIRE CORNER, JOHN DOE CORPORATION D/B/A "U" LIKE GARDEN, XIN LI, YAN XU, CHEN SHOU GUAN, XIANG ZHEN XU<br><br>Defendant(s) | INDEX #:<br>12 CIV 6167<br>DATE FILED:<br>08/10/2012<br><br>JUDGE:<br>GRIESA |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/14/2012, 02:15PM at 935 AMSTERDAM AVENUE, NEW YORK NY 10025, deponent served the within
SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE FORM, COPY OF INDIVIDUAL PRACTICES OF JUDGE THOMAS P. GRIESA DATED 7/15/98 & COPY OF US DISTRICT COURT ELECTRONIC CASE FILING RULES & INSTRUCTIONS APRIL 4, 2011 EDITION
on XIN LI, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

XIN LI WAS PERSONALLY SERVED AT THE ABOVE ADDRESS, WHICH IS THE LOCATION OF HIS EMPLOYER, EMPIRE CORNER.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 39    Approximate height 5'06"    Approximate weight 150    Color of skin WHITE    Color of hair BLACK    Other ORIENTAL & ACCENT

XIN LI told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

DEBEVOISE & PLIMPTON LLP

919 THIRD AVENUE

NEW YORK, NY 10022
(212)909-6000

TONY CONIGLIARO    License # 1220476

Sworn to before me on 08/17/2012
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2013

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726