AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO, and NATALIO MALDONADO<br><br>*Plaintiff(s)*<br>v.<br>EMPIRE CORNER OF 8 INC. d/b/a EMPIRE CORNER, JOHN DOE CORPORATION d/b/a "U" LIKE GARDEN, XIN LI, YAN XU, CHEN SHOU GUAN, XIANG ZHEN XU<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   12 CIV. 6167<br>)   Civil Action No.<br>)<br>)<br>)<br>)   JUDGE GRIESA<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE ATTACHED


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Debevoise & Plimpton LLP,
c/o Jyotin Hamid, Esq.
919 Third Ave.
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: AUG 1 0 2012 _____

*Signature of Clerk or Deputy Clerk*

Names and Addresses of Defendants

Empire Corner of 8 Inc. d/b/a/ Empire Corner
935 Amsterdam Avenue,
New York, New York 10025

Xin Li
Empire Corner
935 Amsterdam Avenue,
New York, New York 10025

Xiang Zhen Xu
Empire Corner
935 Amsterdam Avenue,
New York, New York 10025

John Doe Corporation d/b/a "U" Like Garden
917 Columbus Avenue
New York, NY 10025

Yan Xu
"U" Like Garden
917 Columbus Avenue
New York, NY 10025

Chen Shou Guan
China Place
3141 Broadway
New York, NY 10027

AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO, AND NATALIO MALDONADO<br><br>Plaintiff(s) | INDEX #:<br>12 CIV 6167<br>DATE FILED:<br>08/10/2012 |
| - against -<br><br>EMPIRE CORNER OF 8 INC. D/B/A EMPIRE CORNER, JOHN DOE CORPORATION D/B/A "U" LIKE GARDEN, XIN LI, YAN XU, CHEN SHOU GUAN, XIANG ZHEN XU<br><br>Defendant(s) | JUDGE:<br>GRIESA |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/14/2012, 02:15PM at 935 AMSTERDAM AVENUE, NEW YORK NY 10025, deponent served the within
SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE FORM, COPY OF INDIVIDUAL PRACTICES OF JUDGE THOMAS P. GRIESA DATED 7/15/98 & COPY OF US DISTRICT COURT ELECTRONIC CASE FILING RULES & INSTRUCTIONS APRIL 4, 2011 EDITION
on XIANG ZHEN XU, a defendant in the above action.

By delivering a true copy thereof to and leaving with XIN LI/CO-WORKER, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

XIANG ZHEN XU WAS SERVED AT THE ABOVE ADDRESS, WHICH IS THE LOCATION OF XIANG ZHEN XU'S EMPLOYER, EMPIRE CORNER.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 08/17/2012 addressed to defendant XIANG ZHEN XU at 935 AMSTERDAM AVENUE, NY NY 10025, C/O EMPIRE CORNER with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 39    Approximate height 5'06"    Approximate weight 150    Color of skin WHITE    Color of hair BLACK    Other ORIENTAL & ACCENT

XIN LI told the deponent that XIANG ZHEN XU was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

DEBEVOISE & PLIMPTON LLP

919 THIRD AVENUE

NEW YORK, NY  10022
(212)909-6000

TONY CONIGLIARO    License # 1220476

Sworn to before me on 08/17/2012
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2013

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726

**UNITED STATES POSTAL SERVICE** ® — **Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: P.O. BOX 470

To: XIANG ZHEN XU
C/O EMPIRE CORNER
935 AMSTERDAM AVENUE
NEW YORK, NY 10025

U.S. POSTAGE PAID
WILLISTON PARK, NY
11596
AUG 17, 12
AMOUNT
$1.15
00100733-02

WILLISTON PARK NY 11596 AUG 17 2012 USPS

1000

PS Form 3817, April 2007  PSN 7530-02-000-9065