AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO, and NATALIO MALDONADO <br><br> *Plaintiff(s)* <br> v. <br> EMPIRE CORNER OF 8 INC. d/b/a EMPIRE CORNER, JOHN DOE CORPORATION d/b/a "U" LIKE GARDEN, XIN LI, YAN XU, CHEN SHOU GUAN, XIANG ZHEN XU <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **12 CIV 6167** <br><br> **JUDGE GRIESA** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Debevoise & Plimpton LLP,
c/o Jyotin Hamid, Esq.
919 Third Ave.
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: AUG 1 0 2012 _____

*Signature of Clerk or Deputy Clerk*

Names and Addresses of Defendants
==

Empire Corner of 8 Inc. d/b/a/ Empire Corner
935 Amsterdam Avenue,
New York, New York 10025

Xin Li
Empire Corner
935 Amsterdam Avenue,
New York, New York 10025

Xiang Zhen Xu
Empire Corner
935 Amsterdam Avenue,
New York, New York 10025

John Doe Corporation d/b/a "U" Like Garden
917 Columbus Avenue
New York, NY 10025

Yan Xu
"U" Like Garden
917 Columbus Avenue
New York, NY 10025

Chen Shou Guan
China Place
3141 Broadway
New York, NY 10027

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO, AND
NATALIO MALDONADO

Plaintiff(s)
~~Petitioner(s)~~

- against -

EMPIRE CORNER OF 8 INC. D/B/A EMPIRE CORNER,
JOHN DOE CORPORATION D/B/A "U" LIKE GARDEN,
XIN LI, YAN XU, CHEN SHOU GUAN, XIANG ZHEN XU

Defendant(s)
~~Respondent(s)~~

INDEX #:
12 CIV 6167
DATE FILED:
08/10/2012

JUDGE:
GRIESA

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 08/14/2012, 02:15PM at 935 AMSTERDAM AVENUE, NEW YORK NY 10025, deponent served the within
SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE FORM, COPY OF INDIVIDUAL PRACTICES OF JUDGE THOMAS P. GRIESA DATED 7/15/98 & COPY OF US DISTRICT COURT ELECTRONIC CASE FILING RULES & INSTRUCTIONS APRIL 4, 2011 EDITION
on EMPIRE CORNER OF 8 INC. D/B/A EMPIRE CORNER, a defendant in the above action.

By delivering to and leaving with XIN LI at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 39   Approximate height 5'06"   Approximate weight 150   Color of skin WHITE   Color of hair BLACK   Other ORIENTAL & ACCENT

DEBEVOISE & PLIMPTON
LLP

919 THIRD AVENUE

NEW YORK, NY  10022
(212)909-6000

*[signature]*
TONY CONIGLIARO   License # 1220476

Sworn to before me on 08/31/2012
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2013

*[signature]*

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726