UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Edgar Juarez Gonzalez, Dionicio
Evaristo, and Natalio
Maldonado                      Plaintiff,

Case No. 12 Civ. 6167 (TPG)

-against-

Empire Corner of 8 Inc. d/b/a Empire Corner,
John Doe Corporation d/b/a "U" Little Garden,
Xin Li, Yan Xu, Chen Shan Guan, Xiang Zhou Xu   Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Douglas Cuthbertson
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DC1004     My State Bar Number is 4547493

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Hon. Andrew J. Peck, United States District Court for the Southern District of NY
            FIRM ADDRESS: 500 Pearl St, Room, NY, NY 10007-1312
            FIRM TELEPHONE NUMBER: 212-805-0036
            FIRM FAX NUMBER: N/A

NEW FIRM:   FIRM NAME: Debevoise & Plimpton LLP
            FIRM ADDRESS: 919 Third Avenue, New York, New York 10022
            FIRM TELEPHONE NUMBER: 212-909-6000
            FIRM FAX NUMBER: 212-909-6836

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 9/4/12

ATTORNEY'S SIGNATURE