DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com

October 4, 2012

VIA HAND DELIVERY

The Honorable Thomas P. Griesa
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312



**MEMO ENDORSED**

**Gonzalez, Evaristo, and Maldonado v. Empire Corner of 8, Inc., et al.
Case No. 12 Civ. 6167 (TPG)**

To the Honorable Judge Griesa:

      We represent the plaintiffs in the above captioned case, filed on August 10, 2012. Plaintiffs respectfully to request leave to file an amended complaint in this action pursuant to Federal Rule of Civil Procedure 15(a)(3) in order to correct a mistake regarding the name of one of the individual defendants who has not yet appeared in the case. We have conferred with counsel for those defendants who have appeared in the case, and they do not oppose this request. A copy of the proposed Amended Complaint is attached hereto as Exhibit A.

Respectfully submitted,

Stuart C. Naifeh

cc: Stephen B. Irwin

Attachment

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/12**

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai