AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Edgar Juarez Gonzalez, Dionicio Evaristo, and Natalio Maldonado <br><br> *Plaintiff(s)* <br> v. <br> Empire Corner of 8 Inc. d/b/a Empire Corner, John Doe Corporation d/b/a "U" Like Garden, Xin Li, Yan Xu, Zhen Li, Xiang Zhen Xu <br><br> *Defendant(s)* | Civil Action No. 12 Civ. 6167 (TPG) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Zhen Li
c/o Stephen B. Irwin
39-15 Main Street
Suite 318
Flushing, NY 11354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Debevoise & Plimpton LLP
c/o Jyotin Hamid
3141 Broadway
New York, NY 10027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: **OCT 1 1 2012**

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO, and NATALIO MALDONADO,

                     Plaintiffs,

v.

EMPIRE CORNER OF 8 INC. d/b/a EMPIRE CORNER, JOHN DOE CORPORATION d/b/a "U" LIKE GARDEN, XIN LI, YAN XU, ZHEN LI, XIANG ZHEN XU,

                     Defendants.

------------------------------------------------------------x

12 Civ. 6167 (TPG)

**CERTIFICATE OF SERVICE**

To the Clerk of this Court and all parties of record:

    Douglas Cuthbertson certifies: I am over eighteen (18) years of age and on October 15, 2012, I caused a copy of the foregoing amended complaint and summons in a civil complaint to be served by First Class Mail upon counsel for defendant Zhen Li, as previously authorized by Mr. Irwin, as follows:

    Mr. Stephen B. Irwin, Esq.
    39-15 Main Street – Suite 138
    Flushing, NY 11354

    Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated:    October 15, 2012
            New York, NY

                            Respectfully submitted,

                            DEBEVOISE & PLIMPTON LLP

                            By: _____
                            Douglas Cuthbertson
                            dcuthber@debevoise.com

                            919 Third Avenue
                            New York, NY 10022
                            Tel. (212) 909-6000

23761397v1