# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

October 22, 2012

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-2012

VIA FEDERAL EXPRESS

The Honorable Thomas P. Griesa
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Gonzalez, Evaristo, and Maldonado v. Empire Corner of 8 Inc., et al., Case No. 1:12-cv-06167-TPG**

**Withdrawal of Attorney**

To the Honorable Judge Griesa:

Please be advised that, as of October 31, 2012, I will no longer be employed by the firm of Debevoise & Plimpton LLP, co-counsel for plaintiffs in the above captioned matter.

I hereby respectfully request your permission to have my name removed from the court's docket and ECF electronic mailing distribution list. Will you please, therefore, signify your approval of this withdrawal by having this letter memo endorsed or so ordered so that the clerk may modify and update the court's records accordingly.

Thank you for your courtesy and cooperation.

Respectfully submitted,

Approved –
Thomas P. Griesa
USDJ  10/24/12

Douglas Cuthbertson

23766637v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai