UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
EDGAR JUAREZ GONZALEZ ET AL.,                 :
                                              :        No. 12-civ-6167 (TPG)(MHD)
                         Plaintiffs,          :
                                              :              ECF Case
                                              :
            -against-                         :
                                              :
EMPIRE CORNER OF 8 INC. d/b/a EMPIRE          :    **NOTICE OF APPEARANCE**
CORNER,                                       :
                                              :
                         Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


        Undersigned counsel, David A. Colodny of the Urban Justice Center, hereby

enters an appearance as an additional representative of Plaintiffs Edgar Juarez Gonzalez,

Dionicio Evaristo and Natalio Maldonado in the above-captioned matter.


Dated: New York, New York
       November 19, 2012


                            URBAN JUSTICE CENTER

                            By: _____

                            David A. Colodny, Esq.
                            123 William Street, 16th Floor
                            New York, NY 10038
                            Tel  (646) 459-3006
                            Fax  (212) 533-4598
                            dcolodny@urbanjustice.org

                            *Attorney for Plaintiffs*