UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

EDGAR JUAREZ GONZALEZ, DIONICIO
EVARISTO, and NATALIO MALDONADO,

                            Plaintiffs,

                  v.                                 12 Civ. 6167 (TPG)

EMPIRE CORNER OF 8 INC. d/b/a EMPIRE            NOTICE OF APPEARANCE
CORNER, JOHN DOE CORPORATION d/b/a "U"
LIKE GARDEN, XIN LI, YAN XU, ZHEN LI,
XIANG ZHEN XU,

                            Defendants.

---------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

        PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of Plaintiffs Edgar Juarez Gonzalez, Dionicio Evaristo, and Natalio Maldonado. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to him at the address given below.

Dated:     February 14, 2013
             New York, NY

                                                    Respectfully submitted,

                                                    DEBEVOISE & PLIMPTON LLP

                                                    By: s/ Justin D. Mayer_____
                                                       Justin D. Mayer
                                                       jmayer@debevoise.com
                                                       919 Third Avenue
                                                        New York, NY10022
                                                       Tel. (212) 909-6000