```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-2-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            {
EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO,
and NATALIO MALDONADO,                                      {

                       Plaintiffs,                          {
            v.                                                      12 Civ. 6167 (TPG)
                                                            {
EMPIRE CORNER OF 8 INC. d/b/a EMPIRE CORNER,                        **[PROPOSED] REVISED**
JOHN DOE CORPORATION d/b/a "U" LIKE GARDEN, {                       **SCHEDULING ORDER**
XIN LI, YAN XU, ZHEN LI, XIANG ZHEN XU,
                                                            {
                       Defendants.
                                                            {
------------------------------------------------------------x

Pursuant to the joint request of the parties, and good cause appearing, the Court hereby adopts the following Revised Scheduling Order.

IT IS HEREBY ORDERED:

1. The Scheduling Order entered by the Court on January 10, 2013, shall be and here by is amended as follows.

    (a)    All fact discovery shall be completed no later than May 31, 2013.

    (b)    Depositions shall be completed no later than May 31, 2013.

    (c)    Dispositive motions shall be filed no later than July 15, 2013.

IT IS SO ORDERED, this ___2nd___ day of ~~April~~ May, 2013.

_____
Thomas P. Griesa
United States District Judge

23882032v01