UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EDGAR JUAREZ GONZALEZ, DIONICIO EVARISTO,
and NATALIO MALDONADO,

                             Plaintiffs,

                      v.

EMPIRE CORNER OF 8 INC. d/b/a EMPIRE CORNER,
JOHN DOE CORPORATION d/b/a "U" LIKE GARDEN,
XIN LI, YAN XU, ZHEN LI, XIANG ZHEN XU,

                             Defendants.

------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-31-13

12 Civ. 6167 (TPG)

**[PROPOSED] SECOND REVISED SCHEDULING ORDER**

      Pursuant to the joint request of the parties, and good cause appearing, the Court hereby adopts the following Second Revised Scheduling Order.

      IT IS HEREBY ORDERED:

      1.    The Revised Scheduling Order entered by the Court on May 2, 2013, shall be and here by is amended as follows.

      (a)    All fact discovery shall be completed no later than June 14, 2013.

      (b)    Depositions shall be completed no later than June 14, 2013.

      (c)    Dispositive motions shall be filed by July 15, 2013.

IT IS SO ORDERED, this 31st day of May, 2013.

                                                                  Thomas P. Griesa
                                                                United States District Judge

23907149v01