**DEBEVOISE & PLIMPTON LLP**

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com

October 22, 2013

<u>VIA ECF</u>

The Honorable Thomas P. Griesa
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Gonzalez, Evaristo, and Maldonado v. Empire Corner of 8, Inc., et al.**
**Case No. 12 Civ. 6167 (TPG)**

To the Honorable Judge Griesa:

  We represent the plaintiffs in the above referenced matter. I write to withdraw plaintiffs' request for a premotion conference pursuant to Local Civil Rule 37.2, which was filed on October 11, 2013. The request concerned related third-party witnesses who had not complied with a subpoena duces tecum. The witnesses have now provided the information sought in the subpoenas. Accordingly, plaintiffs no longer intend to file a motion to compel compliance with the subpoenas pursuant to Federal Rule of Civil Procedure 37.

             Respectfully submitted,

             s/ Stuart C. Naifeh

             Stuart C. Naifeh

Cc  Stephen B. Irwin, Esq. (via ECF)
   Mark Altschul, Esq.